# United States Court of Appeals for the Federal Circuit

# ERRATA

March 10, 2009

Appeal No.  2008-1397, In Re Calgon Carbon Corporation

Nonprecedential Opinion

Decided:  March 6, 2009

Please make the following change:

Per Curiam (MAYER, RADER, and POSNER*, Circuit Judges.)